# UNITED STATES DISTRICT COURT

_____Middle_____ DISTRICT OF _____Alabama, Northern Division_____

Ronail Brown, Frederick Davis, Jr.,
Eric Vickers and Jamez Williams

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:06cv261-WHA

Bestway Rentals, Inc.

TO:   Bestway Rentals, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

M. Wayne Sabel
Maricia Woodham
Mark Sabel
Sabel & Sabel, PC
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable time period after service.

*Debra P. Hackett*

CLERK

3-23-06

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                *Signature of Server*

                                                         _____
                                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.