| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dawson_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>                                           3-24-0? |
| 1. Article Addressed to:<br><br>Bestway Rentals, Inc.<br>c/o The Corporation Company<br>2000 Interstate Park Drive, Ste. 204<br>Montgomery, AL 36109<br><br>2:06cv261-A | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:      ☐ No<br><br>Certified Return Receipt<br>☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7000 1670 0013 7664 9700 | |
| PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540 | |