IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONAIL BROWN, FREDERICK DAVIS, JR., ERIC VICKERS, and JAMEZ WILLIAMS,  Plaintiff's, | ) ) ) ) ) ) |
| v. | ) CASE NO. 2:06cv261-WHA |
| BESTWAY RENTALS, INC.  Defendant. | ) ) ) ) ) |

**MOTION BY DEFENDANT BESTWAY RENTALS, INC.
TO ADMIT COUNSEL *PRO HAC VICE*** 

Defendant Bestway Rentals, Inc. ("Bestway"), by and through its undersigned counsel who is a member in good standing of this Court, moves the Court pursuant to Local Rule 83.1 to permit Robert F. Friedman, Esq. to appear and participate *pro hac vice* in this civil action.  As grounds for this motion, Bestway shows the Court as follows:

1.  Mr. Friedman is with the law firm of Littler Mendelson, P.C., located at 2001 Ross Avenue, Suite 2600, Dallas, Texas 75201; telephone: (214) 880-8155; facsimile: (214) 880-0181; e-mail: rfriedman@littler.com.

2.  Mr. Friedman is a member in good standing of and has been admitted to practice before the United States District Court for the Northern District of Texas. A Certificate of Good Standing for Mr. Friedman from the United States District

Court for the Northern District of Texas is attached hereto as Exhibit A. Concurrent with the electronic filing of this motion, Mr. Friedman has paid the $20.00 fee for his admission *pro hac vice* to this Court via overnight mail.

WHEREFORE, Defendant Bestway moves this Court to enter an order permitting Robert F. Friedman to appear and participate in this action *pro hac vice* for the purpose of representing Bestway.

Date: April 11, 2006.

          s/ John W. Sheffield
          John W. Sheffield
          Bar Number: (ASB-7423-D62J)
          Email: jws@jbpp.com
          One of the Attorneys for Defendant
          Bestway Rentals, Inc.
          **JOHNSTON BARTON PROCTOR & POWELL LLP**
          2900 AmSouth/Harbert Plaza
          1901 6th Avenue North
          Birmingham, Alabama 35203-2618
          Telephone: (205) 458-9400
          Facsimile: (205) 458-9500

**OF COUNSEL:**

Robert F. Friedman, Esq.
Texas Bar No. 24007207
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue, Suite 2600
Dallas, Texas 75201
Telephone: (214) 880-8155
Facsimile: (214) 880-0181

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on April 11, 2006, using the CM/ECF system, which will send notification of such filing to the following:

M. Wayne Sabel, Esq.
Maricia Woodham, Esq.
Mark Sabel, Esq.
Sabel & Sabel, P.C.
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, AL 36106
Telephone:  (334) 271-2770
Facsimile:  (334) 277-2882

                                                                s/ John W. Sheffield
                                                                Of Counsel