# EXHIBIT A

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Robert Friedman**, Bar **#24007207**, was duly admitted to practice in said Court on **November 23rd, 1998**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on April 5, 2006.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk