IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONAIL BROWN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv261-WHA |
| | ) |
| BESTWAY RENTALS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the motion for admission pro hac vice (Doc. #4), filed on behalf of Robert F. Friedman on April 11, 2006, and it appearing that Robert F. Friedman is a member in good standing of the United States District Court for the Northern District of Texas, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 13th day of April, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE