IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONAIL BROWN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv261-WHA |
| | ) |
| BESTWAY RENTALS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Joint Motion for Extension of Certain Deadlines (Doc. #10), and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the Uniform Scheduling Order (Doc. #9), entered on April 27, 2006, is AMENDED to extend the dispositive motion deadline contained in Section 2 to January 29, 2007, and to extend the discovery deadline contained in Section 7 to March 29, 2007.

DONE this 23rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE