IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONAIL BROWN, FREDERICK DAVIS, JR., ERIC VICKERS and JAMEZ WILLIAMS, | § § § § |
| Plaintiffs, | § § |
| v. | § § § |
| BESTWAY RENTALS, INC. | § § |
| Defendant. | § § |

CASE NO.: 2:06cv261-WHA

## JOINT MOTION FOR STAY PENDING MEDIATION

**COME NOW** the parties, by and through the undersigned counsel, and request of this Honorable Court a stay of all pending deadlines pending the outcome of mediation. As grounds for this motion, the parties state the following:

1. The parties have diligently engaged in discovery, which is ongoing. Defendant took Plaintiffs' depositions during the week of December 17, 2006. Plaintiffs have noticed depositions for the week of January 7, 2007.

2. After the recent depositions, the parties agreed to mediate. The parties are attempting to set a mediation date for the week of January 14, 2007, or January 21, 2007.

3. In an effort to conserve resources that may be used toward settlement, the parties desire to stay all pending deadlines and stay Plaintiffs' depositions.

4. Due to the upcoming depositions and the current dispositive motion deadline of January 29, 2007, if this Motion is not granted, the parties will have to expend additional resources,

JOINT MOTION FOR STAY PENDING MEDIATION                         Page 1

which will in both parties' opinion frustrate potential resolution.

5. Once the parties have completed the mediation, the parties will promptly advise the Court of the outcome. If mediation is unsuccessful, the parties will request a new scheduling order from the Court to address all deadlines that are subject to the stay requested in this motion

6. This request is not made for the purposes of delay and the parties assert that no prejudice will be caused due to this extension.

**WHEREFORE**, for the foregoing reasons, the parties respectfully request this Honorable Court for a stay of all pending deadlines pending mediation.

**Dated this 2nd day of January 2007.**

s/Maricia Woodham
Maricia Woodham, Esq.
(BEN050)
**Sabel & Sabel, P.C.**
Hillwood Office Center
2800 Zelda Road, Suite 100-5
Montgomery, Alabama 36106
Telephone: (334) 271-2770
Facsimile:  (334) 277-2882
E-mail: mwoodham@sabellaw.com

ATTORNEYS FOR PLAINTIFFS

s/Robert F. Friedman
Robert F. Friedman, Esq.
*Pro Hac Vice* Texas Bar No. 24007207
**LITTLER MENDELSON, P.C.**
2001 Ross Avenue, Suite 2600
Dallas, Texas 75201
Telephone: (214) 880-8155
Facsimile: (214) 880-0181
E-mail: rfriedman@littler.com

s/John W. Sheffield
John W. Sheffield, Esq.
Alabama Bar No. ASB-7423-D62J
**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama  35203-2618
Telephone: (205) 458-9400
Facsimile: (205) 458-9500
Email: jws@jbpp.com

ATTORNEYS FOR DEFENDANT