IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONAIL BROWN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv261-WHA |
| | ) |
| BESTWAY RENTALS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Joint Motion for Stay Pending Mediation (Doc. #13), and for good cause shown, the motion is GRANTED to the following extent:

It is hereby ORDERED that all current deadlines which would expire earlier under the Uniform Scheduling Order are extended to February 28, 2007, to allow a reasonable time for mediation and, if mediation is unsuccessful, a reasonable time for meeting these new deadlines.

DONE this 4th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE