IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONAIL BROWN, FREDERICK DAVIS, JR., ERIC VICKERS, and JAMEZ WILLIAMS, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 2:06cv261-WHA |
| BESTWAY RENTALS, INC. ) ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Comes now Plaintiffs Ronail Brown, Frederick Davis, Jr., Eric Vickers and Jamez Williams, through their undersigned counsel, and Defendant Bestway Rentals, Inc., through its undersigned counsel, who constitute all the parties to this litigation, and pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, stipulate for dismissal of this action with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 29th day of March 2007.

| | |
|---|---|
| /s/ Maricia Woodham | /s/ Robert F. Friedman |
| Attorney for Plaintiffs | Attorney for Defendant |
| Maricia D. Woodham | Robert F. Friedman |
| Sabel & Sabel, P.C. | Littler Mendelson, P.C. |
| Hillwood Office Center | 2001 Ross Avenue, Suite 2600 |
| 2800 Zelda Road, Suite 100-5 | Lock Box 116 |
| Montgomery, AL 36106 | Dallas, TX 75201 |

<u>/s/ John W. Sheffield</u>
Attorney for Defendant
John W. Sheffield, Esq.
JOHNSTON, BARTON, PROCTOR
    & POWELL
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL  35203